# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| PATRICIA L DIAMOND | § | |
| | § | Case Number: 16-8215 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __May 1__, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney John Hiltz
Hiltz & Zanzig LLC
53 W Jackson Boulevard Suite 205
Chicago, IL 60604

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

                                                                                        /s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

| | | |
|---|---|---|
| American Community Bank<br>PO Box 1720<br>Woodstock, IL 60098-1720 | Athene Annuity & Life Company<br>7700 Mills Civic Parkway<br>West Des Moines, IA 50266-3862 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO, TX 79998-2238 |
| Barclays Bank Delaware<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 | Chase Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Home State Bank<br>40 Grant Street<br>Crystal Lake, IL 60014-4367 |
| Home State Bank NA<br>19333 E Grant Hwy<br>Marengo, IL 60152-8250 | INTERNAL REVENUE SERVICE<br>Centralized Involvency<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Kohls<br>PO Box 3115<br>Milwaukee, WI 53201-3115 |
| Samuel J. Diamond<br>6803 W. Bull Valley Road<br>McHenry, IL 60050-6562 | Alex J Whitt<br>Hiltz & Zanzig, LLC<br>53 W. Jackson Suite 205<br>Chicago, IL 60604-3673 | Patricia L. Diamond<br>6803 W. Bull Valley Road<br>McHenry, IL 60050-6562 |