# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: DIAMOND, PATRICIA L.                    § Case No. 16-82153
                                               §
                                               §
Debtor(s)                                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $38,498.92 *(without deducting any secured claims)* | Assets Exempt: $62,206.72 |
| Total Distribution to Claimants: $15,743.56 | Claims Discharged Without Payment: $19,895.89 |
| Total Expenses of Administration: $4,256.44 | |

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $385,259.34 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,256.44 | 4,256.44 | 4,256.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 35,639.45 | 35,639.45 | 15,743.56 |
| **TOTAL DISBURSEMENTS** | $0.00 | $425,155.23 | $39,895.89 | $20,000.00 |

4) This case was originally filed under Chapter 7 on September 13, 2016. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/15/2017          By: /s/JOSEPH D. OLSEN
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Athene Annuity and Life Company - Executive Who | 1129-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Home State Bank NA | 4110-000 | N/A | 75,259.34 | 0.00 | 0.00 |
| 2 | Home State Bank | 4110-000 | N/A | 262,459.63 | 0.00 | 0.00 |
| 3S | Home State Bank | 4110-000 | N/A | 47,540.37 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$385,259.34** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 2,750.00 | 2,750.00 | 2,750.00 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 28.44 | 28.44 | 28.44 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 1,468.00 | 1,468.00 | 1,468.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,256.44 | $4,256.44 | $4,256.44 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3U | Home State Bank | 7100-000 | N/A | 35,639.45 | 35,639.45 | 15,743.56 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $35,639.45 | $35,639.45 | $15,743.56 |

**UST Form 101-7-TDR (10/1/2010)**

Case 16-82153    Doc 45    Filed 06/29/17    Entered 06/29/17 14:36:16    Desc Main
                          Document      Page 5 of 6

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-82153  
**Case Name:** DIAMOND, PATRICIA L.

**Trustee:** (330400)    JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 09/13/16 (f)  
**§341(a) Meeting Date:** 10/20/16

**Period Ending:** 06/15/17  
**Claims Bar Date:** 03/02/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 25.00 | 0.00 | | 0.00 | FA |
| 2 | Checking: First National Bank of McHenry - Joint | 442.50 | 0.00 | | 0.00 | FA |
| 3 | Checking: First Midwest Bank - Joint Account wit | 129.50 | 0.00 | | 0.00 | FA |
| 4 | Checking: Home State Bank Joint Account with Spo | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Checking: American Community Bank Joint Account | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Checking: First National Bank of McHenry - Joint | 767.60 | 0.00 | | 0.00 | FA |
| 7 | Household Goods, Furnishings, etc. | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Computer, TV's | 125.00 | 0.00 | | 0.00 | FA |
| 9 | Necessary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Misc. Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 11 | Athene Annuity and Life Company - Executive Who | 23,707.80 | 0.00 | | 20,000.00 | FA |
| 12 | IRA: Wells Fargo | 32,809.32 | 0.00 | | 0.00 | FA |
| 13 | Beneficial interest in Diamond Living Trust 902- | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 1995 Nissan 300ZX, 116000 miles. Entire property | 1,900.00 | 0.00 | | 0.00 | FA |
| 15 | railer, Landscape Trailer. Entire property value | 100.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets    Totals** (Excluding unknown values) | **$62,206.72** | **$0.00** | | **$20,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2017    **Current Projected Date Of Final Report (TFR):**    April 27, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-82153  
**Case Name:** DIAMOND, PATRICIA L.  

**Taxpayer ID #:** **-***4510  
**Period Ending:** 06/15/17  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6366 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/20/17 | {11} | Patricia Diamond | offer in compromise | 1129-000 | 20,000.00 | | 20,000.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 19,990.00 |
| 05/23/17 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $28.44, Trustee Expenses; Reference: | 2200-000 | | 28.44 | 19,961.56 |
| 05/23/17 | 102 | Attorney Joseph D Olsen | Dividend paid 100.00% on $1,468.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,468.00 | 18,493.56 |
| 05/23/17 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,750.00, Trustee Compensation; Reference: | 2100-000 | | 2,750.00 | 15,743.56 |
| 05/23/17 | 104 | Home State Bank | Dividend paid 44.17% on $35,639.45; Claim# 3U; Filed: $35,639.45; Reference: | 7100-000 | | 15,743.56 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 20,000.00 | 20,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 20,000.00 | 20,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$20,000.00** | **$20,000.00** | |

Net Receipts : 20,000.00  
Net Estate : $20,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6366** | 20,000.00 | 20,000.00 | 0.00 |
| | $20,000.00 | $20,000.00 | $0.00 |

{} Asset reference(s)